UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  SACV 15-01577-JLS (JCGx)                           Date: March 1, 2016
Title:  Martin Vogel v. Westminster Superstore, LLC, et al.

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

        Not Present                                                      Not Present

**PROCEEDINGS:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

       On November 17, 2015, the Court issued an Order Granting Application for Stay and Early Mediation: ADA Disability Access Litigation that directed the parties to file a Joint Status Report no later than 7 days after completion of the ADR mediation. (*See* Doc. 14). On February 4, 2016, a Mediation Report was filed advising the Court that mediation did not take place because the case had settled before the mediation occurred. (*See* Doc. 20).

       Accordingly, counsel is hereby ordered to show cause in writing no later than **March 8, 2016**, why this case should not be dismissed and/or issue sanctions for failure to comply with this Court's order. The Court will consider either the filing of a Notice of Settlement or a Stipulation of Dismissal, on or before the date upon which the response is due as a satisfactory response to the Order to Show Cause.

                                                                                    Initials of Preparer:  tg